# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:19-CR-0084** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JOSE MIGUEL GUZMAN-RUIZ (1),** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 8th day of July, 2019, upon consideration of the government's concurred in motion (Doc. 108) to revoke detention order and order home incarceration, it is hereby ORDERED that said motion is GRANTED. The order of detention (Doc. 77) pending trial as to defendant Jose Miguel Guzman-Ruiz is REVOKED. The court will issue a separate order setting conditions of release, including home incarceration.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania